KYLE J. KAISER (13924)
JASON DUPREE (17509)
Assistant Utah Attorneys General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, 6th Floor
PO Box 140856
Salt Lake City, UT 84114-0856
Telephone: (801) 366-0100
E-mail: kkaiser@agutah.gov
       jdupree@agutah.gov
Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| STEVE MAXFIELD, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DEIDRE HENDERSON, in her official capacity as the Lieutenant Governor of the State of Utah; and RYAN COWLEY, in his official capacity as the Director of Elections of the State of Utah<br><br>    Defendants. | **PARTIES' JOINT PROPOSED PRELIMINARY INJUNCTION BRIEFING SCHEDULE**<br><br>Case No. 4:23-cv-00112-DN<br><br>Judge David Nuffer |

As requested by the Court in its scheduling conference held on December 6, 2023, Defendants Deidre Henderson and Ryan Cowley, though counsel, provide

the following proposed briefing schedule on Plaintiff's Motion for Expedited Preliminary Injunction (doc. 4).

Defendants agree and represent to the Court that, until at least March 5, 2024, they will not reject any unaffiliated candidate's Certificate of Nomination to be placed on the ballot in Utah for the office of President of the United States, simply because the Certificate and verified nomination petitions were not filed by January 8, 2024.  This action provides at least an additional 60 days for the Plaintiff Kennedy to file the Certificate and other necessary papers or for the parties to litigate or otherwise resolve the present dispute.

Counsel for Plaintiffs have asserted that, notwithstanding this extension, there may be a need to move forward with their preliminary injunction motion if compliance cannot be accomplished by March 5.  Accordingly, the Parties propose the following briefing schedule for Plaintiff's Motion for Expedited Preliminary Injunction (doc. 4):[1]

---

[1] After noting deficiencies in service of process, the parties have agreed that counsel for Defendants will execute a waiver of service, and Defendants' answer or other response to the Complaint will be due on February 5, 2023. The parties anticipate following the normal briefing schedule in the Court's Local Rules for any dispositive motions or further litigation.

| | |
|---|---|
| Plaintiffs' Motion: | Filed December 4, 2023 |
| Defendants' Response: | January 8, 2024 |
| Plaintiffs' Reply: | [Waived] |
| Hearing (if necessary): | Week of January 15, 2024 |

RESPECTFULLY SUBMITTED this 7th day of December, 2023.

OFFICE OF THE UTAH ATTORNEY GENERAL

 /s/    Kyle J. Kaiser

KYLE J. KAISER
JASON DUPREE
Assistant Utah Attorneys General
Attorneys for Defendant

AGREED AS TO FORM AND CONTENT BY:

IMPG ADVOCATES

/s/    Paul A. Rossi

Paul A. Rossi, Esq.
Attorney for Plaintiffs *Pro Hac Vice*

*Permission to affix electronic signature on file with counsel*

3