THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| STEVE MAXFIELD, et al.,<br><br>Plaintiff,<br><br>v.<br><br>DIEDRE HENDERSON, et al.,<br><br>Defendant. | **ORDER WITHDRAWING MOTION FOR PRELIMINARY INJUNCTION AND VACATING HEARING**<br><br>Case No. 4:23-cv-00112-DN<br><br>District Judge David Nuffer |

The parties filed a Stipulated Motion to Withdraw the Plaintiffs' Motion for a Preliminary Injunction ("Stipulated Motion").[1] The parties' Stipulated Motion is GRANTED; Plaintiff's Motion for a Preliminary Injunction is WITHDRAWN; and the hearing set for January 25, 2024, is VACATED.

Signed January 18, 2024.

BY THE COURT

David Nuffer
United States District Judge

---

[1] Stipulated Motion to Withdraw First Motion for Preliminary Injunction, docket no. 27 at 1-4, filed January 9, 2024.